UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAYA ANGELOU PUBLIC<br>CHARTER SCHOOL | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | **Civil Action No. 07-942 (RCL)** |
| | : | |
| DERRICK SHELTON, JR. | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S STATUS MEMORANDUM**

COMES NOW, the Plaintiff, by and through counsel, and hereby submits this Status Memorandum in compliance with this Court's July 10, 2007 Order to update this Court on the status of service of the complaint and summons on the Defendant.

Pursuant to Fed. R. Civ. P. 4(m), the plaintiff must serve the complaint and summons upon the defendant within 120 of filing the complaint. Pursuant to Fed. R. Civ. P. 4(e)(1), services may be effected pursuant to the law of the state in which the District Court is located. To that effect, D.C. Sup. Ct. Civ. R. 4(c)(3) provides that service "may be effected by mailing a copy of the summons, complaint and initial order to the person to be served by registered or certified mail, return receipt requested."

Since filing the Complaint on May 22, 2007, the Plaintiff's process server has made diligent efforts to serve the Defendant at both his home and at Maya Angelou Public Charter School, where he is scheduled to participate in tutoring. However, the Defendant has been consistently not home and the process server has been unable to effect personal service. A

Declaration of Reasonable Diligence is attached hereto.

Due to the inability to personally serve the Defendant, the process server is serving the Defendant via certified mail pursuant to Fed. R. Civ. P. 4(e)(1) and D.C. Sup. Ct. Civ. R. 4(c)(3). Once service is effectuated via certified mail, the Plaintiff will notify this Court.

The Plaintiff hereby also notifies this Court that a Motion to Consolidate the instant case with an earlier case docketed as civil action number 07-933(CKK) is pending in the earlier docketed case. In civil action number 07-933, Derrick Shelton sued Maya Angelou for failure to implement a Hearing Officer's Decision. In the instant case, Maya Angelou is appealing the same Hearing Officer's Decision.

DATE: July 20, 2007

Respectfully submitted,
/s/
_____
Paul S. Dalton, Esq.
D.C. Bar No. 439118
Dalton & Dalton, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
(703) 739-2323 (F)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically on this 20th day of July, 2007.

_____/s/_____
Paul S. Dalton, Esq.
Counsel for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

MAYA ANGELOU PUBLIC CHARTER SCHOOL

CASE NO: 1:07-cv-00942 JR

VS.

DERRICK SHELTON JR

### DECLARATION OF REASONABLE DILIGENCE BY SPECIAL PROCESS SERVER

I, Edwin L. Jarnagin, having been duly authorized to make the service of the process in the above entitled case, hereby depose and say:

That I am not a party to or otherwise interested in this suit.
That my age and date of birth are as follows: 61, 3/14/46.
That my business address is: 808B L STREET SE, WASHINGTON, DC 20003.

That I was unable to serve the within named DEFENDANT **DERRICK SHELTON JR** on July 6, 2007 at 3:10 PM at DEFENDANT'S address of record: 125 Franklin St NE #M13, Washington, DC 20002 and have returned unexecuted the Summons and Complaint, Initial Electronic Case Filimg Order, Electronic Case Files Attorney/Participant Registration Form.; that on July 19, 2007 at 3:08 PM, I returned this process unexecuted for the following reason(s):

No answer during times of attempts.
7/6/07 arrived at Maya Angelou Public Charter School at 1851 9th Street NW, Washington, DC 20009 at approximately 2:30Pm and waited unitl 3:10PM, Derrick did not show up for his tutoring session. Mr. Lustini tried to contact him by phone but was not successful.

Attempts to serve this process were made as follows:
6/8/07 7:13PM, 6/11/07 9:11PM, 6/12/08 6:55PM, 6/16/07 5:50PM, 6/20/07 8:00PM, 6/22/07 8:45AM
7/6/07 2:30PM

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

EDWIN L. JARNAGIN
808B L Street, SE
Washington, DC 20003

Washington, the District of Columbia

Subscribed and sworn to before me this
19th day of July, 2007.

My Commission Expires: 10-31-2011