UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAYA ANGELOU PUBLIC CHARTER SCHOOL : : : Plaintiff : : v. : : DERRICK SHELTON, JR. : : Defendant. : : | Civil Action No. 07-942 (RCL) |

**PRAECIPE REGARDING STATUS OF SERVICE OF THE
COMPLAINT AND SUMMONS ON THE DEFENDANT**

COMES NOW, the Plaintiff, by and through counsel, and hereby submits this Praecipe to update this Court on the status of service of the complaint and summons on the Defendant.

Since filing the Complaint on May 22, 2007, the Plaintiff's process server has made diligent efforts to serve the Defendant at both his home and at Maya Angelou Public Charter School, where he is scheduled to participate in tutoring. However, the Defendant has been consistently not home and the process server has been unable to effect personal service. Due to the inability to personally serve the Defendant, the process server attempted serving the Defendant via certified mail pursuant to Fed. R. Civ. P. 4(e)(1) and D.C. Sup. Ct. Civ. R. 4(c)(3). This method was also unsuccessful as the Defendant did not claim the certified mail and thus the post office returned it to the process server's office. A declaration of reasonable diligence is attached.

The process server returned the complaint and summons to counsel for the Plaintiff. On August 30, 2007, pursuant to Fed. R. Civ. P. 4(d), Counsel for the Plaintiff mailed to the

Defendant via first class mail, postage prepaid, the Complaint, with a Notice of Lawsuit and Request for Waiver of Service of Summons, as well as two copies of the Waiver of Service and a prepaid envelope addressed to counsel for Plaintiff.  Counsel for the Plaintiff verified the Defendant's address with the Defendant's counsel, and also sent a copy of the Request for Waiver of Service to the Defendant's counsel.

  The Plaintiff is hopeful that the Defendant will sign and return to counsel for Plaintiff the Waiver of Service form in 30 days.  The Plaintiff will keep this Court up to date as to the status of service or waiver thereof.

DATE:  August 30, 2007      Respectfully submitted,

                /s/
              _____
              Paul S. Dalton, Esq.
              D.C. Bar No. 439118
              Dalton & Dalton, P.C.
              1008 Pendleton Street
              Alexandria, Virginia 22314
              (703) 739-4300
              (703) 739-2323 (F)

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing document was filed electronically on this 30th day of August, 2007.

         ___/s/_____
         Paul S. Dalton, Esq.
         Counsel for the Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

MAYA ANGELOU PUBLIC CHARTER SCHOOL

CASE NO: 1:07-cv-00942 JR

VS.

DERRICK SHELTON JR

### DECLARATION OF REASONABLE DILIGENCE BY SPECIAL PROCESS SERVER

I, Rosanna Settles, having been duly authorized to make the service of the process in the above entitled case, hereby depose and say:

    That I am not a party to or otherwise interested in this suit.
    That my age and date of birth are as follows: 64, 3/10/43.
    That my business address is:808B L STREET SE, WASHINGTON, DC 20003.

That I was unable to serve the within named DEFENDANT **DERRICK SHELTON JR** on July 19, 2007 at 4:55 PM at DEFENDANT'S address of record: 125 Franklin St NE #M13, Washington, DC 20002 and have returned unexecuted the Summons and Complaint, Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form; that on August 14, 2007 at 3:14 PM, I returned this process unexecuted for the following reason(s):

Documents were sent by Certified Mail on 7/19/07, 4:55PM. Defendant did not claim mail and it was returned by the post office on 8/13/07.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

                                                  ROSANNA SETTLES
                                                  808B L Street, SE
                                                  Washington, DC 20003

Washington, the District of Columbia

Subscribed and sworn to before me this
_17th_ day of _August_ ,2007.

My Commission Expires: _11/30/2008_

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

MAYA ANGELOU PUBLIC CHARTER SCHOOL

CASE NO: 1:07-cv-00942 JR

VS.

DERRICK SHELTON JR

### DECLARATION OF REASONABLE DILIGENCE BY SPECIAL PROCESS SERVER

I, Edwin L. Jarnagin, having been duly authorized to make the service of the process in the above entitled case, hereby depose and say:

    That I am not a party to or otherwise interested in this suit.
    That my age and date of birth are as follows: 61, 3/14/46.
    That my business address is:808B L STREET SE, WASHINGTON, DC 20003.

That I was unable to serve the within named DEFENDANT **DERRICK SHELTON JR** on July 6, 2007 at 3:10 PM at DEFENDANT'S address of record: 125 Franklin St NE #M13, Washington, DC 20002 and have returned unexecuted the Summons and Complaint, Initial Electronic Case Filimg Order, Electronic Case Files Attorney/Participant Registration Form.; that on July 19, 2007 at 3:08 PM, I returned this process unexecuted for the following reason(s):

No answer during times of attempts.
7/6/07 arrived at Maya Angelou Public Charter School at 1851 9th Street NW, Washington, DC 20009 at approximately 2:30Pm and waited unitl 3:10PM, Derrick did not show up for his tutoring session. Mr. Lustini tried to contact him by phone but was not successful.

Attempts to serve this process were made as follows:
6/8/07 7:13PM, 6/11/07 9:11PM, 6/12/08 6:55PM, 6/16/07 5:50PM, 6/20/07 8:00PM, 6/22/07 8:45AM
7/6/07 2:30PM

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

                                            EDWIN L. JARNAGIN
                                            808B L Street, SE
                                            Washington, DC 20003

Washington, the District of Columbia

Subscribed and sworn to before me this
19th day of July ,2007.

_____
My Commission Expires: 10-31-2011