## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————————
                                                    )
**MAYA ANGELOU PUBLIC CHARTER** )
**SCHOOL,**                                      )
                                                    )
    **Plaintiff,**                          )
                                                    )
        **v.**                               )        **Civil Action No. 07-942 (RCL)**
                                                    )
**DERRICK SHELTON, JR.,**              )
                                                    )
    **Defendant.**                        )
———————————————————————)

### ORDER

Although this case was filed on May 22, 2007, plaintiff has still filed no proof of service

on defendant.  If plaintiff fails to do so within 10 days of this date, this case shall be dismissed

without prejudice.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, October 3, 2007.