UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAYA ANGELOU PUBLIC CHARTER SCHOOL       Plaintiff<br><br>      v.<br><br>DERRICK SHELTON, JR.<br><br>      Defendant. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 07-942 (RCL)<br>:<br>:<br>:<br>:<br>: |

**PRAECIPE REGARDING STATUS OF SERVICE OF THE
COMPLAINT AND SUMMONS ON THE DEFENDANT**

COMES NOW, the Plaintiff, by and through counsel, and hereby submits this Praecipe to update this Court on the status of service of the complaint and summons on the Defendant.

The Complaint in this case was filed on May 22, 2007, the day prior, May 21, 2007, the Defendant in this case filed Civil Action No. 07-933 before the Honorable Judge Colleen Kollar-Kotelly.  In that case the parties are reverse; but the subject matter, the Due Process Hearing, is the same.  In 07-933 the Court has approved a briefing schedule and has before it our July 17, 2007, Motion to Consolidate these two cases.  Based on the above, we respectfully request that this case not be dismissed until our Motion for Consolidation before Judge Kollar-Kotelly is ruled on.

DATE: October 15, 2007                Respectfully submitted,
                                                                             /s/
                                                                             _____
                                                                             Paul S. Dalton, Esq.
                                                                             D.C. Bar No. 439118
                                                                             Dalton & Dalton, P.C.

                    1008 Pendleton Street  
                    Alexandria, Virginia 22314  
                    (703) 739-4300  
                    (703) 739-2323 (F)

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically on this 15th day of October, 2007.

                ___/s/_____  
                Paul S. Dalton, Esq.  
                Counsel for the Plaintiff