UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MAYA ANGELOU PUBLIC CHARTER SCHOOL, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 07-942 (RCL) |
| DERRICK SHELTON, JR., | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of plaintiff's response to the Court's order [7] of October 3, 2007, this action is hereby dismissed without prejudice.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, October 22, 2007.